# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GOD, aka Michael Waller,

    Plaintiff,

v.                                      Case No. 3:17-cv-1252-J-32JBT

DUKE ENERGY, INC., NIPSCO,
INDIANAPOLIS POWER AND
LIGHT, THE STATE OF INDIANA,
INDIANA UTILITY REGULATORY
COMMISSION, and DUKE
ENERGY INDIANA, LLC,

    Defendants.

---

## **O R D E R**

This case is before the Court on the Consolidated Motion to Proceed in this Matter and on Appeal In Forma Pauperis (the "Motion"). (Doc. 2). On February 13, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation, (Doc. 15), recommending that the Motion be denied, that the case be dismissed without prejudice, and that the Clerk terminate any pending motions and close the file. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed.[1]

---

[1] A party has fourteen days from being served with a Report and Recommendation to file specific written objections. Fed. R. Civ. P. 72(b)(2). The assigned Magistrate Judge issued his Report and Recommendation on February 13,

See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 15),[2] it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 15) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Consolidated Motion to Proceed in this Matter and on Appeal In Forma Pauperis (Doc. 2) is **DENIED**.

3. This Case is **DISMISSED without prejudice.**

4. The Clerk shall terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of March, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

---

2018. The following day, copies of the Report were mailed to Plaintiff at two Florida addresses he previously used. On February 26, 2018, the report mailed to one of those addresses was returned as undeliverable, but the other address received no such notification.

[2] The Report and Recommendation relies upon the Magistrate Judge's prior order (Doc. 10) pointing out the deficiencies in the Complaint and allowing Plaintiff to amend. This Order, in adopting the Report and Recommendation, also adopts the reasoning of the prior order.

2

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record